UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America and State of New York, *ex rel.* Edward Lacey, <br><br> *Plaintiff*, <br><br> v. <br><br> Visiting Nurse Service of New York, <br><br> *Defendant*. | Civil Action No. 14-CV-5739 (AJN) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; the Declarations of Gordon Schnell, Jacob Elberg, Heidi Wendel, and Eric Havian; and the exhibits attached thereto; Relator Edward Lacey ("Relator") respectfully moves this Court pursuant to Fed. R. Civ. P. 54(d), 31 U.S.C. § 3730(d), N.Y. Fin. Law § 190(6), and the parties' Settlement Agreement (ECF No. 204-1), to order Defendant Visiting Nurse Service of New York to pay Relator (i) $10,110,337.50 in attorneys' fees; (ii) $1,037,074.96 in costs and expenses; and (iii) the fees Relator incurred in making this motion in an amount to be identified in Relator's reply brief.

Dated: January 15, 2021

Respectfully submitted,
**CONSTANTINE CANNON LLP**

_____
Gordon Schnell
Marlene Koury
Daniel Vitelli
Hamsa Mahendranathan
335 Madison Avenue
New York, NY 10017
Telephone: (212) 350-2700
Email: gschnell@constantinecannon.com

1

Leah Judge
150 California Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 639-4001

Max Voldman
1001 Pennsylvania Avenue NW, Suite 1300n
Washington, DC 20004
Telephone: (202) 204-3500
*Counsel for Relator Edward Lacey*