ROPES & GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

January 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2021

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *United States of America and State of New York ex rel. Edward Lacey v. Visiting Nurse Service of New York*, No. 14-cv-05739-AJN

Dear Judge Nathan:

The parties in the above-captioned matter jointly write to respectfully request a brief extension of time to file the remaining motion papers in connection with Relator's Motion for Attorney's Fees, Costs, and Expenses.

Pursuant to Local Rule 6.1(b), the current deadline for Visiting Nurse Service of New York's ("VNSNY") opposition brief is January 29, 2021, and the deadline for Relator's reply brief is February 5, 2021. VNSNY requests a two-week extension until February 12, 2021, and Relator requests a one-week extension until February 26, 2021. This is the parties' first request for an extension of time.

Respectfully submitted,

CONSTANTINE CANNON LLP

/s/ Gordon Schnell

Gordon Schnell
Marlene Koury
Daniel Vitelli
Hamsa Mahendranathan
335 Madison Avenue
New York, NY 10017
*Attorneys for Relator Edward Lacey*

ROPES & GRAY LLP

/s/ Christopher Conniff

Christopher Conniff
Stephen Warnke
1211 Avenue of the Americas
New York, NY 10036

**SO ORDERED.**

Alison J. Nathan 1/20/2021

ROPES & GRAY LLP

- 2 -                                                                                           January 20, 2021

                                         Kirsten Mayer
                                         Prudential Tower
                                         800 Boylston Street
                                         Boston, MA 02199
                                         *Attorneys for Defendant Visiting*
                                         *Nurse Service of New York*