

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 11, 2021

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *United States of America and State of New York ex rel. Edward Lacey v. Visiting Nurse Service of New York*, No. 14-cv-05739-AJN

Dear Judge Nathan:

The parties in the above-captioned matter jointly write to inform the Court that the parties have reached a settlement in connection with Relator's Motion for Attorney's Fees, Costs, and Expenses (Dkt. 212).

The parties respectfully request that the Court extend the deadlines outlined in its January 21, 2021 Order (Dkt. 219) for the remaining motion papers in connection with Relator's Motion by 30 days to allow Visiting Nurse Service of New York ("VNSNY") time to effectuate payment of the settlement amount. The deadline for VNSNY's opposition brief would be extended from February 12, 2021 to March 14, 2021, and the deadline for Relator's reply would be extended from March 5, 2021 to April 4, 2021.

Respectfully submitted,

| CONSTANTINE CANNON LLP | ROPES & GRAY LLP |
|---|---|
| /s/ Gordon Schnell | /s/ Christopher Conniff |
| Gordon Schnell | Christopher Conniff |
| Marlene Koury | Stephen Warnke |
| Daniel Vitelli | 1211 Avenue of the Americas |
| Hamsa Mahendranathan | New York, NY 10036 |
| 335 Madison Avenue | |
| New York, NY 10017 | |
| *Attorneys for Relator Edward Lacey* | |

ROPES & GRAY LLP

- 2 -  February 11, 2021

Kirsten Mayer
Prudential Tower
800 Boylston Street
Boston, MA 02199
*Attorneys for Defendant Visiting*
*Nurse Service of New York*