# CONSTANTINE CANNON LLP

Daniel Vitelli
212-350-2725
dvitelli@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

March 15, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

      Re:    *United States ex rel. Lacey v. Visiting Nurse Service of New York*
             (No. 14-cv-5739)

Dear Judge Nathan:

      We write on behalf of Relator Edward Lacey concerning Relator's Motion for Attorneys' Fees, Costs, and Expenses (Dkt. 212).

      As stated in the parties' February 11, 2021 joint letter (Dkt. 220), the parties have reached a settlement in connection with Relator's Motion for Attorneys' Fees, Costs, and Expenses (Dkt. 212); therefore, Relator respectfully withdraws that motion.

      We thank the Court for its attention to this matter.

**SO ORDERED.**

*[signature: Alison J. Nathan]*
3/16/2021

Respectfully submitted,

*/s/ Daniel Vitelli*

Daniel Vitelli

cc: All Counsel of Record (via ECF)