```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT for the )
SOUTHERN DISTRICT OF NEW YORK )
)
UNITED STATES OF AMERICA AND STATE )
OF NEW YORK, *ex rel.* EDWARD LACEY, )
) Civil Action No. 14-CV-5739-AJN
      *Plaintiff*, )
)
   v. )
)
VISITING NURSE SERVICE OF NEW YORK, )
)
      *Defendant*. )
)

## ORDER

This Court, having considered the Joint Notice of Dismissal filed by the parties, hereby orders:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and the New York Financial Law § 190(2), and in accordance with the terms of the Settlement Agreement, Relator's *qui tam* action against Visiting Nurse Service of New York is hereby dismissed with prejudice as to Relator Lacey, and without prejudice as to the United States and the State of New York.

2. Judge Alison J. Nathan retains jurisdiction over this matter to enforce any disputes relating to the Parties' Settlement Agreement, including those relating to awards under 31 U.S.C. § 3730(d) and N.Y. Fin. Law § 190(6).

SO ORDERED THIS 20th DAY OF October, 2021.

_____
Hon. Alison J. Nathan
United States District Judge